| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CR 03-3049-3 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| AISHA GREEN | Northern District of Iowa | Central |
| FILED KC March 26, 2008 MAR 2 6 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | NAME OF SENTENCING JUDGE | |
| | The Honorable Linda R. Reade, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/08/2007 — TO 06/07/2011 |

**OFFENSE**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 846 - Conspiracy to Distribute 5 Grams or More of Cocaine Base

08CR 252

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

JUDGE CONLON
MAGISTRATE JUDGE SCHENKIER

2/26/08
Date

_____
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 5 2008
Effective Date

_____
United States District Judge