| | | |
|---|---|---|
| ROBERT L. PHELPS<br>CLERK | **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF IOWA**<br>**CEDAR RAPIDS, IOWA  52401** | 319-286-2300 |

O8cr 252

**08 cr 252**

April 7, 2008

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

RE: CR03-3049 LRR Aisha Green

FILED

APR 2 2 2008
April 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Ms. Pearson,

The Transfer of Jurisdiction regarding Aisha Green has been filed in our court.

This case can be accessed through your Pacer Account.

If you have any questions, please give us a call at 319-286-2300.

Thank you.

        Sincerely,

        Dianne Eveland
        Deputy Clerk
        Northern Iowa

REC'D APR - 7 2008

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CR 03-3049-3 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| AISHA GREEN | Northern District of Iowa | Central |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Linda R. Reade, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/08/2007 — TO 06/07/2011 |

FILED KC March 26, 2008
MAR 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED MAR 2 8 2008

OFFENSE

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 846 - Conspiracy to Distribute 5 Grams or More of Cocaine Base

08CR 252

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

JUDGE CONLON
MAGISTRATE JUDGE SCHENKIER

2/26/08
Date

_____
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 5 2008
Effective Date

_____
United States District Judge



**MICHAEL W. DOBBINS**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

**April 1, 2008**

Mr. Robert L. Phelps II
Clerk
United States District Court
Federal Building and United States
 Courthouse, 3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

REC'D APR - 7 2008

Dear Clerk:

**Re:**  **US vs. Aisha Green**
Our case number:   -  08 cr 252

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Aisha Green, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:
Yvette Pearson , Deputy Clerk

Enclosure

CLOSED

# U.S. District Court
## Northern District of Iowa (Central Division)
## CRIMINAL DOCKET FOR CASE #: 3:03-cr-03049-LRR-3

Case title: USA v. Harrington et al

Date Filed: 06/27/2003
Date Terminated: 03/24/2004

Assigned to: Chief Judge Linda R Reade
Referred to: Magistrate Judge Jon S Scoles

### Defendant (3)

**Aisha Green**  represented by **Michael K Lahammer**
*TERMINATED: 03/24/2004*  Lahammer Law Firm, PC
 211 - 3rd Avenue, SW
 **ECF
 Cedar Rapids, IA 52404
 319 364 1140
 Fax: 862 2529
 Email: mlahammer@iowabar.org
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: CJA Appointment*

### Pending Counts

21:846 CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCE
(1)

### Disposition

60 months imprisonment. 4 years supervised release. $100.00 assessment. AMENDED JUDGMENT: 51 months imprisonment.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:841(a)(1) and 841(b)(1)(C)
CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE
(4)

### Disposition

dismissed

### Highest Offense Level (Terminated)

Felony

### Complaints

None

### Disposition

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Chadwicke L Groover**<br>US Attorney's Office<br>401 First Street, SE<br>Suite 400<br>**ECF<br>Cedar Rapids, IA 52401<br>319 363 0091<br>Fax: 363 1990<br>Email: chad.groover@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Charles J Williams**<br>US Attorney's Office<br>Northern District of Iowa<br>401 First Street SE<br>Hach Building, Suite 400<br>**ECF<br>Cedar Rapids, IA 52401-1825<br>319 363 0091<br>Fax: 363 1990<br>Email: cj.williams@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2003 | 1 | SEALED INDICTMENT as to Defendant(s) Ronnie Earl Harrington (1) count(s) 1, 2, Robert Sutton (2) count(s) 1, 3, Aisha Green (3) count(s) 1, 4. (mp ) Additional attachment(s) added on 6/2/2006 (des, ). (Entered: 06/30/2003) |
| 06/27/2003 | 4 | Praecipe for Warrant filed 6/27/03; Arrest Warrant Issued to US Marshal as to Defendant Aisha Green. (mp ) (Entered: 06/30/2003) |
| 06/27/2003 | 5 | ORDER SEALING INDICTMENT AND WARRANTS. Signed by Judge Linda R Reade on 6/27/03. (mp ) (Entered: 06/30/2003) |
| 07/10/2003 | 20 | INDICTMENT UNSEALED as to Defendant Ronnie Earl Harrington, Robert Sutton, Aisha Green (jkh) (Entered: 07/21/2003) |
| 07/11/2003 | 12 | Minute Entry for proceedings held before Judge Linda R Reade: Arraignment as to Defendant Aisha Green (3) on Counts 1 and 4 held on 7/11/2003, Defendant pled not guilty. Clerk to appoint CJA attorney. (mem) (Entered: 07/12/2003) |
| 07/11/2003 | 13 | ORDER Setting Conditions of Release. Signed by Judge Linda R Reade on 7/11/03. (mem) (Entered: 07/12/2003) |
| 07/11/2003 | 14 | TRIAL MANAGEMENT ORDER as to Defendant Aisha Green. Jury Trial set for 9/8/2003 @ 09:00 AM in CR 3rd Fl Ct before Judge Linda R Reade. Pretrial Conference set for 9/8/2003 @ 08:00 AM in CR 3rd Fl Ct before Judge Linda R Reade. Jury Instructions due by 9/2/2003. Motions due by 8/8/2003. Trial Related Motions due by 8/8/2003. Signed by Judge Linda R Reade on 7/11/03. (mem) (Entered: 07/12/2003) |

| | | |
|---|---|---|
| 07/14/2003 | 16 | Arrest Warrant Returned Executed on 07/11/03 as to Defendant Aisha Green. (mem) (Entered: 07/14/2003) |
| 07/14/2003 | 17 | NOTICE OF ATTORNEY APPEARANCE: Michael K Lahammer appearing for Defendant Aisha Green. (mem) (Entered: 07/15/2003) |
| 07/16/2003 | 18 | CJA 20 as to Defendant Aisha Green: Appointment of Attorney Michael K Lahammer for Aisha Green. Signed by Clerk on 7/16/03. (mem) (Entered: 07/16/2003) |
| 08/20/2003 | 27 | ORDER TO CONTINUE - Ends of Justice as to Defendant Aisha Green Time excluded from 8/20/03 until 9/2/03. Change of Plea Hearing set for 9/2/2003 12:00 PM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey.. Signed by Judge John A Jarvey on 8/20/03. (deve) (Entered: 08/20/2003) |
| 08/28/2003 | 29 | ORDER: 5th back up on 9/9/03; 4th back up on 9/11/03; 1st back up on 03-3049 . Signed by Judge Linda R Reade on 8/26/03. (ksy, ) (Entered: 08/29/2003) |
| 09/03/2003 | 30 | Proposed Jury Instructions by USA as to Defendant Aisha Green. (mem) (Entered: 09/03/2003) |
| 09/03/2003 | 31 | TRIAL MEMORANDUM by USA as to Defendant Aisha Green. (mem) (Entered: 09/03/2003) |
| 09/03/2003 | 32 | WITNESS LIST by USA as to Defendant Aisha Green. (mem) (Entered: 09/03/2003) |
| 09/05/2003 | 33 | MOTION in Limine by Defendant Aisha Green. (mem) (Entered: 09/05/2003) |
| 09/08/2003 | 35 | BRIEF in Opposition by USA as to Defendant Aisha Green re 33 MOTION in Limine (ksy, ) (Entered: 09/09/2003) |
| 09/09/2003 | 34 | ORDER TO CONTINUE - Ends of Justice as to Defendant Aisha Green Time excluded from 9/9/03 until 9/12/03. Change of Plea Hearing set for 9/12/2003 11:00 AM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey.Signed by Judge John A Jarvey on 9/8/03. (deve) (Entered: 09/09/2003) |
| 09/10/2003 | 36 | 2nd AMENDED ORDER - 3rd Back up on 9/11/03; 1st Back up on 9/15/03 . Signed by Judge Linda R Reade on 9/10/03. (ksy, ) (Entered: 09/10/2003) |
| 09/12/2003 | 37 | ORDER TO CONTINUE - Ends of Justice as to Defendant Aisha Green Time excluded from 09/12/03 until 09/15/03. Change of Plea Hearing reset for 9/15/2003 11:00 AM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey.Signed by Judge John A Jarvey on 09/12/03. (jkh) (Entered: 09/12/2003) |
| 09/15/2003 | 38 | Minute Entry for proceedings held before Judge John A Jarvey :Change of Plea Hearing as to Defendant Aisha Green held on 9/15/2003. (Court Reporter Tracy Lamp.) (mem) (Entered: 09/16/2003) |
| 09/15/2003 | 39 | NOTICE OF CONSENT TO ENTRY of a Plea of Guilty and CONSENT TO PROCEED Before a Magistrate Judge by Defendant Aisha Green. (mem) (Entered: 09/16/2003) |
| 09/15/2003 | 40 | REPORT AND RECOMMENDATION to Accept Guilty Plea to Count 1 as to Aisha Green. Objections to R&R due by 9/29/2003. Signed by Judge John A Jarvey on 9/15/03. (mem) (Entered: 09/16/2003) |
| 10/01/2003 | 53 | ORDER ACCEPTING REPORT AND RECOMMENDATION re GUILTY PLEA as to Defendant Aisha Green for 40 Report and Recommendation to Accept Guilty Plea to count 1 . Signed by Judge Linda R Reade on 10/01/03. (ksy, ) (Entered: 10/01/2003) |
| 11/12/2003 | 61 | TRIAL SCHEDULING ORDER as to Defendant Ronnie Earl Harrington, Robert Sutton, |

| | | |
|---|---|---|
| | | Aisha Green. Backup Trials with 24 hour notice 1st - USA v. Hill CR03-81; 2nd - USA v. Gardner CR03-3050; 3rd - USA v. Heidt CR03-100. Jury Selection set for 12/1/2003 9:00 AM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. Jury Trial set for 12/1/2003 1:00 PM in CR 3rd Fl Ct before Judge Linda R Reade. Signed by Judge Linda R Reade on 11/12/03. (ksy, ) (Entered: 11/12/2003) |
| 03/03/2004 | 76 | SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Aisha Green (HOUSED SEPARATELY w/Statement of Reasons) (ksy, ) (Entered: 03/03/2004) |
| 03/03/2004 | 77 | SEALED SENTENCING RECOMMENDATION as to Defendant Aisha Green. (HOUSED SEPARATELY) (ksy, ) (Entered: 03/03/2004) |
| 03/03/2004 | 78 | ORDER SETTING HEARINGS as to Defendant Aisha Green. Sentencing set for 3/24/2004 9:00 AM in CR 3rd Fl Ct before Judge Linda R Reade. Signed by Judge Linda R Reade on 3/3/04. (ksy, ) (Entered: 03/03/2004) |
| 03/16/2004 | 80 | SENTENCING MEMORANDUM by USA as to Defendant Aisha Green (Williams, Charles) (Entered: 03/16/2004) |
| 03/19/2004 | 81 | SENTENCING MEMORANDUM by Defendant Aisha Green (Lahammer, Michael) (Entered: 03/19/2004) |
| 03/24/2004 | 82 | JUDGMENT as to Defendant Aisha Green (3), Count(s) 1, 60 months imprisonment. 4 years supervised release. $100.00 assessment; Count(s) 4, dismissed Judgment Book # 31 Document # 14 . Signed by Judge Linda R Reade on 3/24/04. (deve) (Entered: 03/24/2004) |
| 03/24/2004 | 83 | Minute Entry for proceedings held before Judge Linda R Reade :Sentencing held on 3/24/2004 as to defendant Aisha Green (Court Reporter Tracy Lamp.) (deve) (Entered: 03/25/2004) |
| 03/30/2004 | 85 | CJA 20 as to Defendant Aisha Green: Authorization to Pay Michael Lahammer. Amount: $2,178.00, Voucher #46290320460. Signed by Judge Linda R Reade on 3/29/2004. (mp) (Entered: 03/30/2004) |
| 06/17/2004 | 87 | Judgment Returned Executed as to Defendant Aisha Green delivered on 6/10/04 to FPC, Pekin, IL. (deve) (Entered: 06/17/2004) |
| 11/30/2005 | 92 | MOTION to Reduce Sentence by USA as to Defendant Aisha Green. (Williams, Charles) Modified on 12/1/2005 to note QC clerk faxed copy to atty Lahammer (des, ). (Entered: 11/30/2005) |
| 01/26/2006 | 93 | ORDER Setting Hearing on Motion as to Defendant Aisha Green 92 MOTION to Reduce Sentence: Motion Hearing set for 3/1/2006 at 08:00 AM CR 3rd Fl Ct w/Judge Linda R. Reade. Deft will attend the hearing via telephone. Defense counsel is to provide the Court with the appropriate telephone number at least 2 days prior to the hearing. Signed by Judge Linda R Reade on 1/26/06. (de) Modified on 1/26/2006 to edit text (de). (Entered: 01/26/2006) |
| 01/27/2006 | 94 | CJA 20: Appointment of Attorney Michael K Lahammer as of 1/26/2006 for Defendant Aisha Green. Voucher Number: 4629062065. Signed by Clerk on 1/27/06. (mem) (Entered: 01/27/2006) |
| 03/01/2006 | 95 | AMENDED JUDGMENT: 51 months imprisonment; Count(s) 4, dismissed as to Defendant Aisha Green (certified copies to USP, USM and Financial). Signed by Judge Linda R Reade on 3/1/06. (de) Modified on 3/2/2006 to add text as to which defendant (des, ). (Entered: 03/01/2006) |
| 03/02/2006 | 96 | Minute Entry for hearing on Motion to Reduce Sentence held on 3/1/06 before Judge |

|  |  |  |
|---|---|---|
|  |  | Linda R Reade as to Defendant Aisha Green. (Court Reporter Patrice Murray.) (mem) (Entered: 03/02/2006) |
| 03/20/2006 | 97 | CJA 20 as to Defendant Aisha Green: Authorization to Pay Michael Lahammer. Amount: $ 360.80, Voucher # 4629062065. Signed by Judge Linda R Reade on 3/16/06. (faxed to payee) (de) (Entered: 03/20/2006) |
| 04/07/2008 | 106 | Supervised Release Jurisdiction Transferred to District of Illinois as to Defendant Aisha Green. Signed by Chief Judge Linda R Reade on 2/26/08 and Judge James F Holderman on 3/25/08. (Attachments: # 1 correspondence, # 2 Transfer Letter to Illinois-mailed to District of Illinois) (de) Modified on 4/8/2008 to add text re signed by US District Judges (des). (Entered: 04/07/2008) |
| 04/07/2008 |  | Case as to Defendant Ronnie Earl Harrington, Robert Sutton, Aisha Green Reassigned to Magistrate Judge Jon S Scoles. Chief Magistrate John A Jarvey no longer assigned to the case. (conflict lists checked and none were found) (de) (Entered: 04/07/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/25/2008 15:03:59 | | | |
| PACER Login: | us3962 | Client Code: |  |
| Description: | Docket Report | Search Criteria: | 3:03-cr-03049-LRR |
| Billable Pages: | 3 | Cost: | 0.24 |

FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2003 JUN 27 PM 4: 25

CEDAR RAPIDS HDQTRS. OFFICE

BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL-E DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RONNIE HARRINGTON,<br>ROBERT SUTTON, and<br>AISHA GREEN<br><br>  Defendants. | NO. CR 03-3049 LRR<br><br>**COUNT 1**<br>21 U.S.C. § 846<br><br>**COUNTS 2 - 4**<br>21 U.S.C. § 841(a)(1) |

**INDICTMENT**

The Grand Jury charges:

### COUNT 1

Between about 2000 and May 2003, in the Northern District of Iowa and elsewhere, defendants RONNIE HARRINGTON, ROBERT SUTTON and AISHA GREEN did knowingly and unlawfully combine, conspire, confederate and agree with each other and with other persons, whose names are known and unknown to the Grand Jury, to distribute 5 grams or more of a mixture and substance containing a detectible amount of cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance, and a mixture or substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C).

This in violation of Title 21, United States Code, Section 846.

1

### COUNT 2

On or about March 18, 2000, in the Northern District of Iowa, defendant RONNIE HARRINGTON did knowingly and intentionally distribute a mixture or substance containing a detectible amount of cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance.

This in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 3

On or about May 13, 2003, in the Northern District of Iowa, defendant ROBERT SUTTON did knowingly and intentionally possess with the intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

This in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 841(b)(1)(D).

### COUNT 4

On or about May 13, 2003, in the Northern District of Iowa, defendant AISHA GREEN did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance.

This in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

*S/*

CHARLES W. LARSON, SR.
United States Attorney

By: *[signature]*

C.J. WILLIAMS
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
IN THE PRESENCE OF THE
GRAND JURY

And filed  6-27-03
JAMES D. HODGES, JR., CLERK

3

AO 245C (Rev. 12/03) Amended Judgment in a Criminal Case    (NOTE: Identify Changes with Asterisks (*))
Sheet 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| AISHA GREEN | Case Number: CR 03-3049-3-LRR |
| | USM Number: 09021-029 |
| | Michael K. Lahammer, Attorney at Law |
| | Defendant's Attorney |

**Date of Original Judgment:** March 24, 2004
(Or Date of Last Amended Judgment)

**Reason for Amendment:**
☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
■ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

**Asterisks (*) denote changes from Original Judgment**

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or
    ☐ 18 U.S.C. § 3559(c)(7)
☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
■ pleaded guilty to count(s)    **1 of the four-count 06/27/2003 Indictment**
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) 841(b)(1)(B)(viii), and 846 | Conspiracy to Distribute 5 Grams or More of Cocaine Base | May 2003 | 1 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
■ Count(s) __4 of the 06/27/2003 Indictment__ ■ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 1, 2006
Date of Imposition of Judgment

_[signature]_
Signature of Judge

**Linda R. Reade, U.S. District Court Judge**
Name and Title of Judge

March 1, 2006
Date

AO 245C    (Rev. 12/03) Amended Judgment in a Criminal Case
           Sheet 2 — Imprisonment                                    (NOTE: Identity Changes with Asterisks (*))

Judgment — Page __2__ of __6__

DEFENDANT:        AISHA GREEN
CASE NUMBER:      CR 03-3049-3-LRR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   **\* 51**

■ The court makes the following recommendations to the Bureau of Prisons:
**That the defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Treatment Program. That the defendant be designated to a Bureau of Prisons facility as close to her family as possible, commensurate with her security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. 12/03) Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release

(NOTE: Identify Changes with Asterisks (*))

Judgment—Page __3__ of __6__

DEFENDANT: AISHA GREEN
CASE NUMBER: CR 03-3049-3-LRR

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **4 years**

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

    The defendant shall not commit another federal, state, or local crime.

    The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

■ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

■ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C (Rev. 12/03) Amended Judgment in a Criminal Case
Sheet 3C — Supervised Release

(NOTE: Identify Changes with Asterisks (*))

Judgment—Page __4__ of __6__

DEFENDANT: AISHA GREEN
CASE NUMBER: CR 03-3049-3-LRR

# SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

2) The defendant is prohibited from the use of alcohol and is prohibited from frequenting bars, taverns, or other establishments whose primary source of income is derived from the sale of alcohol.

3) The defendant shall submit her person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

AO 245C  (Rev. 12/03) Amended Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties         (NOTE: Identify Changes with Asterisks (*))

Judgment — Page 5 of 6

**DEFENDANT:** AISHA GREEN
**CASE NUMBER:** CR 03-3049-3-LRR

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $ 100      | $ 0  | $ 0         |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

**TOTALS**    $ _____    $ _____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C (Rev. 12/03) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page 6 of 6

**DEFENDANT:** AISHA GREEN
**CASE NUMBER:** CR 03-3049-3-LRR

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ■ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.